[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-13072
Non-Argument Calendar
_____

D.C. Docket No. 6:16−cr−00191−PGB−KRS−1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSE INGRAM, JR.,                                          Defendant-
Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 7, 2018)

Before WILLIAM PRYOR, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Ali Kamalzadeh, appointed counsel for Jesse Ingram, Jr. in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ingram's convictions and sentences are **AFFIRMED**.